**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Rome Division**

In Re: Debtor(s)
**Lisa Renee Martin**
503 E Langston Way
Dalton, GA 30720–7209

**xxx–xx–6200**

Case No.: **19–41613–bem**
Chapter: **13**
Judge: **Barbara Ellis–Monro**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

Dated:   January 18, 2023

_____
Barbara Ellis–Monro
United States Bankruptcy Judge

Form 133a